# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    NO.
:
    VS.    :
:
ROBERT F. EVANS, JR.,    :
    DEFENDANT    :

## CRIMINAL INFORMATION

### COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

From in or about August 2012 to July 29, 2013, within the Middle District of Pennsylvania, the Defendant,

ROBERT F. EVANS, JR.,

on numerous occasions, did knowingly, intentionally, and unlawfully distribute oxycodone, and possess with the intent to distribute oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

PETER J. SMITH
United States Attorney